IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>ROBERT DALE<br><br>                 Defendant. | **MEMORANDUM DECISION AND ORDER**<br><br>Case No: 2:99-cr-00303-DB-2<br><br>District Judge Dee Benson |
| --- | --- |

Before the court is Robert Dale's Motion for Early Termination of Supervised Release. (Dkt. No. 119.) The court may terminate a term of supervised release and discharge a defendant "at any time *after the expiration of one year of supervised release … if* [the court] is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1) (emphasis added); *see* 18 U.S.C. § 3564(c). Mr. Dale will not complete one year of supervised release until March 30, 2020. Defendant is therefore not yet eligible for early termination.

Accordingly, Mr. Dale's Motion for Early Termination of Supervised Release is DENIED. Mr. Dale may renew his Motion when eligible.

DATED this 5th day of February, 2020.

BY THE COURT:

Dee Benson
United States District Judge